# AMENDED COMPLAINT
(for non-prisoner filers without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2021 MAR 19 P 3:58
CLERK OF COURT

---

(Full name of plaintiff(s))

## Terrence J Fitch

v.

(Full name of defendant(s))

## Sarah M Monahan

Case Number: **21-C-0358**

(to be supplied by Clerk of Court)

---

A.  PARTIES

1. Plaintiff is a citizen of **Wisconsin** and resides at
   (State)

   **1717 Deane Blvd Racine WI 53405**
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **Sarah M Monahan**
   (Name)

is (if a person or private corporation) a citizen of **Wisconsin**
(State, if known)

and (if a person) resides at **1570 N Prospect Ave Apt 12**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I am transfering my custody matter to be heard by a article 3 judicial offer who will hear a within the due process protection. It is my opinion is that I will not have a fair trial in articl a constitutional right to be a partne and to protect my offspring. At this time, I see no oth that article 1 court can heard or be a part of my case.

There is a current case with Milwaukee Circuit Court the case number is 17PA004443. I case transfered from the current court to federel district court.

Please either subpeana the current court documents from Milwaukee Circuit Court to Fe court.

I am unable to physically bring the documents because there is a law (18 USC seq 2071 fines and imprisonment for Concealment, removal or mutilation of Records and Reports.

 Defendants address: 1570 N Prospect Ave Apt 1204 Milwaukee WI 53202

C.  JURISDICTION

[x] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like the court to award me with 50/50 physical and legal custody of my son. That decision making on school, health and medical care, daycare if needed, college, military

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES   ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __19__ day of __March__ 20_21_.

Respectfully Submitted,

_____
Signature of Plaintiff

262-672-5416
Plaintiff's Telephone Number

## Rogerthat37@hotm
Plaintiff's Email Address

## 1717 Deane Boulevard Racine W

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

State of __WI__ County of __Racine__
Subscribed and Sworn before me on __03/19/2021__
(Date)

_____
(Notary Signature)

LEONIDA IPCHJA
Notary Public
State of Wisconsin