UNITD STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2021 MAR 22 P 3:45
CLERK OF COURT

Terrence Fitch

        Plaintiff,

vs.

Sarah Monahan

        Defendant,

Case No. 21-C-0358

NOTICE OF MOTION
TO THE COURT

## Notice of Motion

**Being duly sworn under penalty of perjury, deposes and says:**

Come Now Terrence Fitch, *in Propria Persona* to Notice to Motion to

1. I hereby file a motion to correct Amended Complaint to read and include notice of a Jury Trial. Jury Trial: YES

LEONIDA IPCHJA
Notary Public
State of Wisconsin

State of WI County of Racine
Subscribed and Sworn before me on 03/22/2021
(Date)

_____
(Notary Signature)

Respectfully submitted,

_____ 3-22-2021
Terrence Fitch In Propria Persona. All
Rights Reserved pursuant to UCC-1-308.