

# AFFIDAVIT OF SERVICE

| Case: 21-C-0358 | Court: | County: | Job: 5530025 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Terrence J Fitch | | **Defendant / Respondent:** Sarah Monahan | |
| **Received by:** Chambers Notary and Process Service | | **For:** Terrence J Fitch | |
| **To be served upon:** Sarah Monahan | | | |

I, Monique Brewer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Sarah Monahan, Home: 1570 N Prospect Ave, Milwaukee, WI 53202
**Manner of Service:** Personal/Individual, Apr 5, 2021, 2:31 pm CDT
**Documents:** Consent To Proceed Before A Magistrate Judge 21-C-0358, Proposed Order 17PA004443

**Additional Comments:**
1) Unsuccessful Attempt: Mar 4, 2021, 4:28 pm CST at Home: 1570 N Prospect Ave, Milwaukee, WI 53202
Server entered the tenant Id 1204 in the doorbell along with calling her telephone number. No success server will make another attempt.

2) Unsuccessful Attempt: Mar 22, 2021, 8:11 pm CDT at Home: 1570 N Prospect Ave, Milwaukee, WI 53202
Server rang the doorbell. No one answered the doorbell. Someone entered the building which server gained access to apartment 1204. Server knocked on the door. No one answered.

3) Successful Attempt: Apr 5, 2021, 2:31 pm CDT at Home: 1570 N Prospect Ave, Milwaukee, WI 53202 received by Sarah Monahan. Server arrived at the apartment complex the same time as an Uber eats driver. Server gained access to apartment 1204 and knocked on the door several times. Sarah Monahan answered the door identifying herself documents were given by hand.

Monique Brewer 4/8/2021
Monique Brewer       Date

Chambers Notary and Process Service
Milwaukee, WI 53224
(414)324-4066

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public
4-8-2021       4-22-2022
Date       Commission Expires



Case 2:21-cv-00358-LA   Filed 04/16/21   Page 1 of 1   Document 5