# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

TERRENCE J. FITCH,

        **Plaintiff,**

        v.                          **Case No. 21-C-0358**

SARAH M. MONAHAN,

        **Defendants.**

## ORDER

Pro se plaintiff Terrance J Fitch filed a lawsuit in this court against Sarah M. Monahan requesting an award of physical and legal custody of his son. I dismissed plaintiff's case for lack of subject matter jurisdiction November 22, 2021. Plaintiff has resumed filing documents with the court.

**IT IS ORDERED** that plaintiff shall cease filing documents pertaining to case No. 21-C-0358, as this court has no jurisdiction over plaintiff's Milwaukee County custody case.

Dated at Milwaukee, Wisconsin, this 6th day of September, 2023.

/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge